IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEREMY JOHNSON, | ) | |
| | ) | |
| Petitioner, | ) | 4:05cv3111 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ROBERT HOUSTON, | ) | |
| | ) | |
| Respondent. | ) | |

    This matter is before the court on filing no. 7, the Motion for Leave to File Amended Petition filed by the petitioner, Jeremy Johnson. Filing no. 7 is granted, and the petitioner shall have ten days from the date of this Order to file the Amended Petition as a separate document.

    SO ORDERED.

    DATED this 28th day of July, 2005.

BY THE COURT:

s/ F. A. GOSSETT
United States Magistrate Judge