IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEREMY JOHNSON, ) | |
| ) | 4:05CV3111 |
| Petitioner, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| ROBERT HOUSTON, ) | |
| ) | |
| Respondent. ) | |

    This matter is before the court on filing no. 16, the motion for an extension of time, filed by the petitioner. The petitioner requests an extension of time in which to respond to the respondent's motion for summary judgement. Counsel for the petitioner indicates that she has spoken with the respondent and that the respondent has no objection to the requested extension. Upon review of the record, I will grant the motion, and the petitioner shall have until October 17, 2005 to file the document.

    SO ORDERED.

    DATED this 23rd day of September, 2005.

                                    BY THE COURT:

                                      S/F.A. GOSSETT
                                      United States Magistrate Judge