IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEREMY JOHNSON, | ) |
| Petitioner, | ) Case No. 4:05cv3111 |
| vs. | ) **ORDER** |
| ROBERT HOUSTON, | ) |
| Respondent. | ) |

This matter is before the court on filing no. 19, the Motion to Withdraw filed by the former attorney for the respondent; and filing no. 20, the Motion to Extend Deadline for Affidavit filed by the petitioner, Jeremy Johnson. Both motions are granted.

Substitute counsel has entered an appearance (filing no. 18), and, therefore, filing no. 19 is granted. The Clerk of Court shall update the court's records accordingly.

The petitioner shall have until October 20, 2005, as requested, to submit an affidavit in opposition to the respondent's Motion for Summary Judgment. Filing no. 20 is granted.

SO ORDERED.

DATED this 18th day of October, 2005.

BY THE COURT:

s/ F. A. GOSSETT
United States Magistrate Judge